

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELLANO L. CLEVELAND,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL MARTEL,*<br>  Acting Warden, California State<br>  Prison at San Quentin,<br><br>Respondent. | CASE NO. CV 05-3822 SVW<br><br>**DEATH PENALTY CASE**<br><br>ORDER TO SHOW CAUSE |

    No later than May 16, 2011, petitioner Dellano L. Cleveland shall show cause why his motion for evidentiary hearing should not be denied in light of *Cullen v. Pinholster*, 563 U.S. \_\_\_, 2011 WL 1225705 (April 4, 2011) and *Harrington v. Richter*, 131 S. Ct. 770 (2011). For each claim on which petitioner contends an evidentiary hearing is required, he shall explain why the California Supreme Court's denial of that claim "was contrary to, or involved an unreasonable application of, clearly established Federal law, as determined by the Supreme Court of the United States." 28 U.S.C. § 2254(d)(1); *see Pinholster*, 2011 WL 1225705, at *8-10.

---

* Michael Martel is substituted for his predecessors as Acting Warden of California State Prison at San Quentin, pursuant to Federal Rule of Civil Procedure 25(d).

Respondent may file a response within twenty-one days of the filing of petitioner's brief. A reply, if any, may be filed no later than seven days thereafter.

IT IS SO ORDERED.

Dated: April 5, 2011

_____
STEPHEN V. WILSON
United States District Judge