JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DELLANO CLEVELAND,

            Petitioner,

v.

RON BROOMFIELD, Acting Warden,
California State Prison at San Quentin,

            Respondent.

Case No.: CV 05-3822 SVW

**DEATH PENALTY CASE**

JUDGMENT

      Pursuant to the Merits Order denying habeas relief issued March 11, 2021, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice. The Merits Order constitutes the final disposition of the Petition for Writ of Habeas Corpus by this Court.

      The Clerk is directed to enter judgment.

Date:   March 16, 2021            _____

                                 STEPHEN V. WILSON
                  UNITED STATES DISTRICT JUDGE

JUDGMENT - 1